MICHAEL JAY BERGER (State Bar # 100291)
**LAW OFFICES OF MICHAEL JAY BERGER**
9454 Wilshire Blvd. 6th Floor
Beverly Hills, CA 90212-2929
Telephone:     (310) 271-6223
Facsimile:      (310) 271-9805
E-mail:          michael.berger@bankruptcypower.com

Counsel for Plaintiffs,
Arnold Lamarr Weese and David Kent Moss

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

| | |
|---|---|
| In re: | CASE NO.: 8:22-bk-11141-TA |
| | ADV. NO: 8:22-ap-01092-TA |
| SERGE VALLVE MONROS, | Chapter 7 |
| DEBTOR. | SUPPLEMENTAL CALCULATION OF INTEREST APPLICABLE TO DEFAULT JUDGMENT AGAINST DEFENDANT |
| ARNOLD LAMARR WEESE AND DAVID KENT MOSS, | *[Default Judgment Issued July 10, 2023]* |
| PLAINTIFFS, | |
| v. | |
| SERGE VALLVE MONROS, | |
| DEFENDANT. | |

**TO THE HONORABLE THEODORE ALBERT, JUDGE OF THE UNITED STATES BANKRUPTCY COURT, DEFENDANT SERGE VALLVE MONROS, AND TO ALL INTERESTED PARTIES:**

- 1 -
SUPPLEMENTAL CALCULATION OF INTEREST APPLICABLE TO JUDGMENT AGAINST DEFENDANT

Arnold Lamarr Weese and David Kent Moss, the creditors and plaintiffs ("Plaintiffs") of the above-captioned adversary proceeding against Serge Vallve Monros ("Defendant"), provide the Court with this Supplemental Calculation of Interest Applicable to Default Judgment Against Defendant, in accordance with the Default Judgment issued by the Court on July 10, 2023 [docket no. 41] (attached to the Declaration of Robert Poteete as "Exhibit 1"):

The Default Judgment awards Plaintiffs $86,723.67 in damages, $350.00 in costs, and $10,000.22 in attorney fees, for a total award of $97,073.89 to Plaintiffs. Under 28 U.S.C. 1961, interest on judgment awards is calculated "at a rate equal to the weekly average 1-year constant maturity Treasury yield, as published by the Board of Governors of the Federal Reserve System, for the calendar week preceding." The Default Judgment instructs the Plaintiffs to calculate interest from January 12, 2023. The applicable interest rate for January 12, 2023 is 4.73%. (See, "Post-Judgment Interest Rates – 2023" at https://www.casb.uscourts.gov/post-judgment-interest-rates-2023, for a chart summarizing federal judgment interest rates by week in 2023.)

Applying the 4.73% interest rate to the $97,073.89 total judgment award results in $4,591.59 per year. Dividing the $4,591.59 annual interest by 365 days gives $12.58 in per diem interest. The number of days from January 12, 2023 to the Default Judgment date of July 10, 2023 is 179. $12.58 per diem interest for 179 days results in $2,251.77 total pre-judgment interest on the Default Judgment award. A summary of the foregoing calculation is attached to the Declaration of Robert Poteete as "Exhibit 2."

Plaintiffs request that the Court find them entitled to an award of pre-judgment interest in the amount of $2,251.77 from the Defendant, in accordance with the Default Judgment of July 10, 2023.

///

///

1  Respectfully submitted,

3  DATED: July 14, 2023          **LAW OFFICES OF MICHAEL JAY BERGER**

   By: _/s/ Michael Jay Berger_
   Michael Jay Berger
   Attorney for Plaintiffs,
   Arnold Lamarr Weese and David Kent Moss

Case 8:22-ap-01092-TA    Doc 43    Filed 07/14/23    Entered 07/14/23 19:08:43    Desc
Main Document    Page 4 of 10

## **DECLARATION OF ROBERT POTEETE**

I, Robert Poteete, declare and state as follows:

1. I am an Attorney at Law, licensed to practice before the United States District Court for the Central District of California. I am employed by the Law Offices of Michael Jay Berger. I have personal knowledge of the facts set forth below and if called to testify as to those facts, I could and would competently do so.

2. On July 14, 2023, I checked the chart for "Post-Judgment Interest Rates – 2023" hosted on the website for the United States Bankruptcy Court – Southern District of California (https://www.casb.uscourts.gov/post-judgment-interest-rates-2023). I found that the federal judgment interest rate applicable to January 12, 2023 is 4.73%.

3. I used the rate of 4.73% to calculate the pre-judgment interest on the award provided in the July 10, 2023 Default Judgment issued in the above-captioned adversary proceeding [docket no. 41]. A true and correct copy of the Default Judgment is attached hereto as Exhibit 1. A chart summarizing my calculations is attached hereto as Exhibit 2.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration is executed on July 14, 2023 at Beverly Hills, California.

                                                                                    _/s/ Robert B. Poteete_
                                                                                    Robert Poteete

- 4 -
SUPPLEMENTAL CALCULATION OF INTEREST APPLICABLE TO JUDGMENT AGAINST DEFENDANT

# EXHIBIT 1

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>MICHAEL JAY BERGER (State Bar # 100291)<br>LAW OFFICES OF MICHAEL JAY BERGER<br>9454 Wilshire Blvd. 6th Floor<br>Beverly Hills, CA 90212-2929<br>Telephone:    (310) 271-6223<br>Facsimile:    (310) 271-9805<br>E-mail: Michael.Berger@bankruptcypower.com<br><br>☐ *Debtor(s) appearing without attorney*<br>☒ *Attorney for:* **Arnold Lamarr Weese and David Ken Moss** | FOR COURT USE ONLY<br><br>**FILED & ENTERED**<br><br>JUL 10 2023<br><br>CLERK U.S. BANKRUPTCY COURT<br>Central District of California<br>BY mccall    DEPUTY CLERK |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA -*SANTA ANA* DIVISION**

| In re:<br><br>**SERGE VALLVE MONROS**<br><br><br><br><br>Debtor(s)<br>**ARNOLD LAMARR WEESE AND DAVID KENT MOSS**<br><br><br><br>Plaintiff(s)<br>vs.<br><br>**SERGE VALLVE MONROS**<br><br><br><br><br>Defendant(s) | CASE NO.: 8:22-bk-11141-TA<br>CHAPTER: 7<br>ADVERSARY NO.:8:22-ap-01092-TA |
|---|---|
|  | **DEFAULT JUDGMENT**<br>**(WITHOUT PRIOR JUDGMENT)**<br><br>DATE: [no hearing]<br>TIME:<br>COURTROOM:<br>PLACE: |

Based on the Defendant's failure to respond to the Complaint, the court renders its judgment as follows:

1. Judgment shall be entered in favor of Plaintiff (*specify name*): **Arnold Lammarr Weese and David Kent Moss** and against Defendant (*specify name*): **Serge Vallve Montros**

2. a. ☒ Plaintiff is awarded damages in the following amount:         $86,723.67
   b. ☒ Plaintiff is awarded costs in the following amount:           $350.00
   c. ☒ Plaintiff is awarded attorney fees in the following amount:   $10,000.22

---

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California

*December 2013*                                  Page 1                                  F 7055-1.2.DEFAULT.JMT

d. ☒ Plaintiff is awarded interest at the *federal judgment rate* ~~rate of~~ ~~10%~~ per year from the following date to the date of entry of this judgment (*specify date from which interest shall begin to run*): 1/12/2023. *Plaintiff is ordered to calculate this amount and file a supplemental pleading.*

These amounts are based on the "Judgement Order" entered by the District Court for the Northern District of Virginia on November 13, 2019 in 2:13-cv-00041-JPB

e. ☐ Plaintiff is granted the following relief (*specify*):

☐ See attached page

3. ☒ This judgment or claim is determined to be non-dischargeable under:    ☒ Bankruptcy Code §523(a) (2)(A)
   ☐ Other (*specify*):

4. ☒ The court further orders:

Judgment is also awarded under 11 U.S.C. § 727(a)(3), (4), and (5).

This is a joint award to joint plaintiffs but is not to exceed an undivided total.

☐ See attached page

###

Date: July 10, 2023

*Theodor C. Albert*
Theodor C. Albert
United States Bankruptcy Judge

---

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2013                                Page 2                                F 7055-1.2.DEFAULT.JMT

# EXHIBIT 2

| Calculation of Pre-Judgment Interest on Default Judgment Weese and Moss v. Monros, 8:22-ap-01092-TA ||
|---|---|
| Damages Awarded | $86,723.67 |
| Costs Awarded | $350.00 |
| Attorney Fees Awarded | $10,000.22 |
| **Total Judgment Award** | **$97,073.89** |
| Date from which Interest is Calculated | 1/12/2023 |
| Federal Judgment Interest Rate on January 12, 2023 | 4.73% |
| Annual Interest on Award | $4,591.59 |
| Per Diem Interest on Award | $12.58 |
| Days from January 12, 2023, to July 10, 2023 | 179 |
| **Interest Accrued on Award from January 12, 2023, to July 14, 2023** | **$2,251.77** |

| In re:                                                          |            | CHAPTER: 7                    |
|-----------------------------------------------------------------|------------|-------------------------------|
| **Serge Vallve Monros**                                         |            | CASE NUMBER: 2:22-bk-11141-TA |
| Arnold Lamarr Weese and David Kent Moss v Serge Vallve Monros   | Debtor(s). | Adv. No.: 8:22-ap-01092-TA    |

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
9454 Wilshire Boulevard, 6th floor
Beverly Hills, CA 90212

A true and correct copy of the foregoing document entitled (*specify*): **SUPPLEMENTAL CALCULATION OF INTEREST APPLICABLE TO DEFAULT JUDGMENT AGAINST DEFENDANT** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On 7/14/2023, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:
Plaintiffs' Counsel:   Michael Jay Berger      michael.berger@bankruptcypower.com,
yathida.nipha@bankruptcypower.com;michael.berger@ecf.inforuptcy.com
Chapter 7 Trustee:   Karen S Naylor (TR)      alane@ringstadlaw.com,
knaylor@IQ7technology.com;ecf.alert+Naylor@titlexi.com
United States Trustee (SA)     ustpregion16.sa.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On **7/14/2023**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.
**Defendant**
**Serge Vallve Monros**
**2113 Dogwood Ave**
**Anaheim, CA 92801**

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **7/14/2023**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**Honorable Theodor C. Albert**
**United States Bankruptcy Court**
**411 West Fourth Street, Suite 5085 / Courtroom 5B**
**Santa Ana, CA 92701-4593**

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 7/14/2023 | **Peter Garza**     | /s/ **Peter Garza** |
|-----------|---------------------|---------------------|
| Date      | Printed Name        | Signature           |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

**9013-3.1.PROOF.SERVICE**